UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARMANDO SANDOVAL, | Case No. 24-cv-04045-RMI |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| D. FERRER, | Re: Dkt. Nos. 24, 25 |
| Defendant. | |

For good cause shown, it is hereby **ORDERED** that Plaintiff's request to consider his opposition to the summary judgment as timely (dkt. 24) is **GRANTED** and the filing is deemed properly filed. Defendant's request for a brief extension to file a reply (dkt. 25) is **GRANTED**, and the reply shall be filed by **November 17, 2025**.

**IT IS SO ORDERED.**

Dated: November 10, 2025

ROBERT M. ILLMAN
United States Magistrate Judge