UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ARMANDO SANDOVAL, <br><br> Plaintiff, <br><br> v. <br><br> D. FERRER, <br><br> Defendant. | Case No.  24-cv-04045-RMI <br><br> **JUDGMENT** |

On May 4, 2026, the court issued an order granting Defendant's Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in accordance with that Order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 4, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California